IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHANIE HINEBAUGH, on behalf of herself and similarly situated employees,<br>Plaintiff,<br>v.<br><br>CAREGIVERS ON DEMAND LLC,<br>Defendant. | No. 2:22-cv-564 |

## STIPULATION OF DISMISSAL

**AND NOW**, this 23rd day of January, 2023, it is hereby **STIPULATED** and **AGREED** that Plaintiff Hinebaugh hereby withdraws her class and collective allegations, and that Plaintiff Hinebaugh's claims in this action, which have been settled between Plaintiff Hinebaugh and Defendant Caregivers on Demand, LLC, shall be **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its own costs and attorney's fees.

FOR DEFENDANT CAREGIVERS ON DEMAND, LLC.:

/s/ Tony Torain
Tony Torain
Polsinelli, P.C.
1401 Eye Street N.W., Suite 800
Washington, D.C. 20005
(202) 626-8378

FOR PLAINTIFF HINEBAUGH:

/s/ Michelle Tolodziecki
Peter Winebrake
Deirdre Aaron
Michelle L. Tolodziecki
Winebrake & Santillo, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
(215) 884-2491

**SO ORDERED:**

Date: January 25, 2023

s/David Stewart Cercone
David Stewart Cercone
Senior U.S. District Court Judge

1